JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PORTEADORES DEL NOROESTE S.A. DE C.V. and HIDROCARBUROS DEL NORTE S.A. DE C.V., <br><br> Plaintiffs, <br><br> vs. <br><br> NAVIGATORS INSURANCE COMPANY, NAVIGATORS MANAGEMENT COMPANY, INC. and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:22-cv-00250-DSF-KS <br><br> **ORDER OF DISMISSAL** |

Pursuant to the Stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(ii), and the Court having reviewed the pleadings and other filings in this action, and good cause therefor appearing, it is therefore hereby:

1

**ORDERED** that this entire action, including all claims and cross-claims be, and herby is, **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: June 27, 2023

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE